Marc V. Kalagian
Attorney at Law: 4460
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-8868
E-Mail: marc.kalagian@rksslaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E. Bonneville Avenue, #410
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com

Attorneys for Plaintiff
ANTHONY R. D'ORSI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY R. D'ORSI ) | Case No.: 2:22-cv-01749-EJY |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| v. ) | ORDER TO EXTEND TIME TO FILE |
| ) | MOTION FOR REVERSAL AND/OR |
| KILOLO KIJAKAZI, ) | REMAND |
| Acting Commissioner of Social ) | |
| Security, ) | (FIRST REQUEST) |
| ) | |
| ) | |
| Defendant. ) | |

Plaintiff Anthony R. D'Orsi and Defendant Kilolo Kijakazi, Acting
Commissioner of Social Security, through their undersigned attorneys, stipulate,
subject to this court's approval, to extend the time by 30 days from January 20,
2023 to February 22, 2023 for Plaintiff to file a Motion for Reversal and/or

-1-

1  Remand, and Defendant's Response due 30 days thereafter, March 22, 2023. This

2  is Plaintiff's first request for an extension. This request is necessitated because

3  Plaintiff was unable to prepare his motion because the Certified Administrative

4  Record filed on December 22, 2022 contained information that had to be

5  redacted/removed. ECF No. 9.   The defendant filed an unopposed motion to strike

6  and replace the transcript.  ECF No. 12. This court granted the motion.  ECF No.

7  13.  The corrected transcript was filed on January 23, 2023.  ECF No. 14.  The

8  request for extension of time is made at the request of Plaintiff's counsel to allow

9  additional time to fully research the issues presented.

10  DATE: January 24, 2023       Respectfully submitted,

11                                                   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

12                                          /s/   *Marc V. Kalagian*

13                             BY: _____
                                            Marc V. Kalagian

14                                            Attorney for plaintiff Anthony R. D'Orsi

15

16  DATE:  January 24, 2023       JASON M. FRIERSON
                                                  UNITED STATES ATTORNEY

17

18                                          /s/ *Heidi L. Triesch*

19                             BY: _____
                                            Heidi L. Triesch

20                                            Special Assistant United States Attorney
                                            Attorneys for defendant Kilolo Kijakazi,

21                                            Acting Commissioner of Social Security
                                            |*authorized by e-mail|

22                                          **ORDER**

23  Approved and so ordered.

24                                          _____
                                            ELAYNA J. YOUCHAH

25                                            UNITED STATES MAGISTRATE JUDGE

26
                                                   DATE:  January 24, 2023

-2-